## SUPREME COURT.

TRUMBULL C. KIMBERLY, receiver, &c. agt. SAMUEL BLACKFORD. THE SAME agt. THE SAME.

A motion for *security for costs* against a plaintiff who sues as *receiver*, will be denied where it does not appear that there has been any *mismanagement or bad faith* in prosecuting the action. (*Following the case of Kimberly agt. Stewart, ante, p. 281.*)

*Monroe Special Term, January,* 1861.

MOTION by defendant in each case for an order that plaintiff file security for costs, &c.

J. L. ANGLE, *for defendant.*

H. WILBUR and S. MATHEWS, *for plaintiff.*

WELLES, Justice. According to the views and principles adopted in the case of this plaintiff against Duncan L. Stewart, argued at this term, (reported *ante, page* 281,) the motions in these cases must be denied. It is not shown or intimated that the actions were not commenced and prosecuted in the most perfect good faith, nor does the moving affidavit show in any way that any legal defence to the action exists. The matters in this case shown, different from those in the case referred to, relate to the sufficiency of the fund of which the plaintiff is trustee, and do not,

even in that view, make a case showing that the fund, when the trust shall be closed up, will be insufficient for the payment of all just claims against it.

The motions are denied, with seven dollars costs in each case.